McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNEE HANNAH, et al. | CASE NO. 2:17-cv-01248-JAM-EFB |
| PLAINTIFFS, | **STIPULATION AND [<s>PROPOSED</s>] ORDER FOR MEDICAL EXAMINATION PER FEDERAL RULE OF CIVIL PROCEDURE 35** |
| V. | |
| UNITED STATES OF AMERICA, et al. | |
| DEFENDANTS. | |

    Plaintiff Shawnee Hannah and Defendant the United States respectfully submit this stipulation and proposed order for a medical examination under Federal Rule of Civil Procedure 35, which provides that the court may order physical examination of a party whose physical condition is in controversy.

The parties hereby agree that Plaintiff will submit to a medical examination by Dr. D. Michael Hembd, M.D., on October 10, 2018, at 3:00 p.m. at 2801 K Street, Suite 410, in Sacramento, California, that will last approximately two hours. Mrs. Hannah will attend the examination to attend to Plaintiff's needs during the examination. A life care planner, Miranda Van Horn, will attend the examination to observe. Ms. Van Horn will not ask Plaintiff or Mrs. Hannah questions. No staff or attorneys from the offices of Plaintiff's or Defendant's counsel will attend the examination.

DATED: October 4, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney


K.W. DAVIS, ATTORNEYS AT LAW

*/s/ Whitney A. Davis (authorized 10/4/18)*
WHITNEY A. DAVIS
Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATED: October 11, 2018

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER FOR MEDICAL EXAMINATION PER FRCP 35

2