1  McGREGOR W. SCOTT
   United States Attorney
2  VICTORIA L. BOESCH
   JOSEPH B. FRUEH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   E-mail:    victoria.boesch@usdoj.gov
5              joseph.frueh@usdoj.gov
   Telephone: (916) 554-2700
6  Facsimile: (916) 554-2900

7  Attorneys for Defendant
   UNITED STATES OF AMERICA
8

9
10              IN THE UNITED STATES DISTRICT COURT
11                 EASTERN DISTRICT OF CALIFORNIA
12

13 | SHAWNEE HANNAH, *et al.*, | No. 2:17-cv-01248-JAM-EFB |
14 | Plaintiffs, | **ORDER SEALING EXHIBIT 7 TO THE DECLARATION OF JOSEPH B. FRUEH (ECF NO. 36-11)** |
15 | v. | |
16 | UNITED STATES OF AMERICA, *et al.*, | |
17 | Defendants. | |

## ORDER SEALING ECF NO. 36-11

Defendant United States of America requested that Exhibit 7 to the Declaration of Joseph B. Frueh (ECF No. 36-11) be sealed because it inadvertently contains two dates of birth that are not redacted. *See* Fed. R. Civ. P. 5.2; Local Rule 140. Having considered the request, and good cause appearing therefor,

IT IS HEREBY ORDERED that Exhibit 7 to the Declaration of Joseph B. Frueh (ECF No. 36-11) shall be kept permanently under seal; and

IT IS HEREBY FURTHER ORDERED that a corrected version of the document accompanying Defendant's Request to Seal shall be filed on the public docket.

Dated: 3-20-2019

HON. JOHN A. MENDEZ
United States District Court Judge