1  WHITNEY A. DAVIS, SBN 149523
   **K.W. DAVIS, ATTORNEYS AT LAW**
2  641 Fulton A venue, Suite 110
   Sacramento, CA 95825
3  Phone: (916) 333-5363
   Fax: (916) 333-5373
4  wdavis@davistrialcounsel.com

5  GERALD I. GILLOCK, NBN 51
   **GERALD I. GILLOCK & ASSOCIATES**
6  428 South 4th Street
   Las Vegas, NV 89101
7  Phone: (702) 386-0000
   Fax: (702) 385-2604
8  gillock@gmk-law.com

9  Attorneys for Plaintiffs
   SHAWNEE HANNAH and BONNIE HANNAH
10
   McGREGOR W. SCOTT
11 United States Attorney
   VICTORIA L. BOESCH
12 JOSEPH B. FRUEH
   Assistant United States Attorneys
13 501 I Street, Suite 10-100
   Sacramento, CA 95814
14 E-mail:    victoria.boesch@usdoj.gov
              joseph.frueh@usdoj.gov
15 Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
16
   Attorneys for Defendant
17 UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNEE HANNAH, *et al.*, | No. 2:17-cv-01248-JAM-EFB |
| Plaintiffs, | **STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

1 | IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that a settlement conference be scheduled in this matter before the Honorable Allison Claire. Judge Claire's chambers has confirmed her availability for the Settlement Conference on August 15, 2019, at 9:00 a.m.

Dated: July 3, 2019

Respectfully submitted,

K.W. DAVIS, ATTORNEYS AT LAW
GERALD I. GILLOCK & ASSOCIATES

By: /s/ *Whitney A. Davis* (authorized 7/2/2019)
WHITNEY A. DAVIS
GERALD I. GILLOCK

Attorneys for Plaintiffs
SHAWNEE HANNAH and BONNIE HANNAH


McGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
VICTORIA L. BOESCH

Assistant United States Attorneys

Attorneys for Defendant
UNITED STATES OF AMERICA

**IT IS SO ORDERED**.

Dated: July 3, 2019

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE