WHITNEY A. DAVIS, SBN 149523
**K.W. DAVIS, ATTORNEYS AT LAW**
641 Fulton A venue, Suite 110
Sacramento, CA 95825
Phone: (916) 333-5363
Fax: (916) 333-5373
wdavis@davistrialcounsel.com

GERALD I. GILLOCK, NBN 51
**GERALD I. GILLOCK & ASSOCIATES**
428 South 4th Street
Las Vegas, NV 89101
Phone: (702) 386-0000
Fax: (702) 385-2604
gillock@gmk-law.com

Attorneys for Plaintiffs
SHAWNEE HANNAH and BONNIE HANNAH

McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
JOSEPH B. FRUEH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:    victoria.boesch@usdoj.gov
           joseph.frueh@usdoj.gov
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNEE HANNAH, *et al.*, | No. 2:17-cv-01248-JAM-EFB |
| Plaintiffs, | **STIPULATION AND ORDER FOR CONTINUING PRETRIAL CONFERENCE AND TRIAL** |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the Pretrial Conference and Trial be continued from August 30 and October 7, 2019, to January 24 and March 2, 2020, respectively. The reasons for this Stipulation are as follows: |

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the Pretrial Conference and Trial be continued from August 30 and October 7, 2019, to January 24 and March 2, 2020, respectively. The reasons for this Stipulation are as follows:

1. Plaintiffs' counsel Gerald Gillock has three jury trials scheduled to begin on or immediately after the first day of trial currently scheduled in this case on October 7, 2019.

2. One of these cases is on remand from the Nevada Supreme Court, and the trial cannot be rescheduled.

3. Plaintiffs' counsel did not have an opportunity to convey Mr. Gillock's unavailability to the Court before it selected the current trial date in this case via minute order. *See* ECF No. 60.

Dated: July 29, 2019

Respectfully submitted,

K.W. DAVIS, ATTORNEYS AT LAW
GERALD I. GILLOCK & ASSOCIATES

By: /s/ *Whitney A. Davis* (authorized 7/28/2019)
WHITNEY A. DAVIS
GERALD I. GILLOCK

Attorneys for Plaintiffs
SHAWNEE HANNAH and BONNIE HANNAH

McGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
VICTORIA L. BOESCH

Assistant United States Attorneys

Attorneys for Defendant
UNITED STATES OF AMERICA

**IT IS SO ORDERED**.

Dated: July 29, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge